IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARSHALL PHILLIPS**     **PETITIONER**

v.     **NO. 4:20-CV-6-DMB-RP**

**MARSHALL TURNER,**
**Superintendent, et al.**     **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the order entered this day, Marshall Phillips' petition for a writ of habeas corpus is **DISMISSED with prejudice**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 11th day of March, 2021.

                                                    /s/Debra M Brown
                                                    **UNITED STATES DISTRICT JUDGE**